IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JABARI O. EDWARDS**                                                          **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO: 1:25-cv-5-DMB-DAS**

**UNITED STATES OF AMERICA**                          **DEFENDANT**

## ORDER STAYING PROCEEDINGS DUE TO LAPSE IN APPROPRIATIONS

Before the Court is the Motion of the United States of America for a stay of this proceeding due to a lapse in appropriations that began at 12:00 a.m. on October 1, 2025. The motion is well-taken and the Court finds that a stay of proceedings is appropriate under the circumstances.

THEREFORE, IT IS ORDERED, that this proceeding is stayed until such time as the lapse in appropriations has ended. Counsel for the United States is directed to notify the Court and request the lifting of the stay as soon as Congress has appropriated funds for the Department. At that time, the parties make request that all deadlines be extended commensurate with the duration of the lapse in appropriations.

**SO ORDERED**, this the 23rd day of October, 2025.

                                                                        **/s/ David A. Sanders**
                                                                        **U.S. MAGISTRATE JUDGE**